# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-61380-RS

**KIBAKA LANDU**,

    Plaintiff,

vs.

**GOD'S VIP SENIOR HAVEN, LTD**,
**VIP CARE PAVILLION, LLC**,
**VIP SENIOR LIVING LLC,** and
**MACKENZIE KELLER**, individually,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby respectfully gives notice that the Parties have reached a resolution in this matter. The Parties respectfully request the ability to submit the necessary approval/dismissal papers within a reasonable time period as well as a stay on all case deadlines, and to be excused from any upcoming hearings, in this case.

**[SIGNATURE PAGE TO FOLLOW]**

Respectfully submitted on August 18, 2020.

        Respectfully submitted,
By: */s/ Brody M. Shulman*
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pba-law.com

**PERERA BARNHART ALEMAN, P.A.**
300 Sevilla Avenue, Suite 206
Coral Gables, Florida 33134
Telephone: 786-485-5232

Kevin P. Ackerman, Esq.
Florida Bar No. 115385
kevin@ackermanfirm.com
**The Ackerman Law Firm, P.A.**
80 S.W. 8th Street Suite 2000
Miami, Florida 33130
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

By: **_/s/ Brody M. Shulman_**
Brody M. Shulman, Esq.

**SERVICE LIST**
Isaac Mamane, Esq.
Florida Bar No. 44561
E-mail: mamane@gmail.com

**Mamane Law LLC**
10800 Biscayne Blvd., Suite 650
Miami, Florida 33161
Telephone (305) 773 - 6661