UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61380-CIV-SMITH

KIBAKA LANDU,

    Plaintiff,

vs.

GOD'S VIP SENIOR HAVEN, LTD., *et al.*,

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE AND DISMISSING CASE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 44], in which she recommends approving the settlement agreement between Plaintiff and God's Senior Haven, Ltd, *et al* and dismissing the case against God's Senior Haven, Ltd, *et al* with prejudice. No objections have been filed. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report and Recommendation to District Judge [DE 43] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [DE 43] is **GRANTED.** The Settlement Agreement is approved.

3) All pending motions are **DENIED as moot.**

4) Defendants God's Senior Haven, Ltd, *et al* are **DISMISSED with prejudice.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 27th day of January 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record